UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00155-W

| | |
|---|---|
| COMPENSATION MASTER CORPORATION and COMPENSATION MASTER LLC, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DENNIS GOULD and QED LIMITED, )<br>)<br>Defendants and Third-Party Plaintiffs, )<br>)<br>vs. )<br>)<br>DAVID COCKS, )<br>)<br>Third-Party Defendant. )<br>) | NOTICE |

TAKE NOTICE that a hearing on Third-Party Defendant David Cocks' Motion to Dismiss Third-Party Complaint (Doc. No. 15) and Motion to Bifurcate, Motion to Stay, and Motion for Protective Order (Doc. No. 32) will take place before the undersigned United States District Judge, to be held at **2:00 p.m.** on **Monday, February 28, 2011**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments on all motions collectively will be limited to fifteen (15) minutes per party.

Signed: February 2, 2011

Frank D. Whitney
United States District Judge