UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00155-FDW-DSC

| | |
|---|---|
| COMPENSATIONMASTER CORPORATION, and COMPENSATIONMASTER, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DENNIS GOULD and QED LIMITED,, <br><br> Defendants, and Third-Party Plaintiffs, <br><br> v. <br><br> DAVID COCKS, <br><br> Third-Party Defendant. | ORDER |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. In their Joint Notice of Settlement (Doc. No. 39), the parties advised the Court that they have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by March 31, 2011. All pending motions are TERMINATED, and the hearing set for Monday, February 28, 2011, shall be removed from the Court's calendar. The parties are directed to file their Stipulation of Dismissal on or before March 31, 2011.

IT IS SO ORDERED.    Signed: February 25, 2011

Frank D. Whitney
United States District Judge